FILED
Jul 17 2020
5:04 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ soniad   DEPUTY

ORDERED UNSEALED on 07/27/2022   s/ dominicf

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OTTO FERNANDO GODOY-CORDON,<br><br>　　　　Defendant. | Case No. '20 CR2110 WQH<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 959, 960, and 963 - International Conspiracy to Distribute Cocaine; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

　　The grand jury charges:

Count 1

International Conspiracy to Distribute Cocaine

　　Beginning on a date unknown to the grand jury and continuing up to and including February 8, 2018, in the countries of Colombia, Venezuela, Guatemala, Mexico, and elsewhere, defendant OTTO FERNANDO GODOY-CORDON, who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute and cause the distribution of 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled

MEH:nlv(1):San Diego:7/16/20

Substance; intending, knowing, and having reasonable cause to believe that such cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

## Forfeiture Allegations

1. The allegations contained in Count 1 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant OTTO FERNANDO GODOY-CORDON shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: July 17, 2020.

ROBERT S. BREWER, JR.
United States Attorney

By: _____
MEGHAN E. HEESCH
Assistant U.S. Attorney