RANDY S. GROSSMAN
United States Attorney
MEGHAN E. HEESCH
Minnesota Bar No. 0395912
Assistant United States Attorney
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 546-9442
Email: meghan.heesch@usdoj.gov

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OTTO FERNANDO GODOY-CORDON,<br><br>Defendant. | Case No.: 20-CR-2110-WQH<br><br>**LOCAL RULE 16.1.a STATUS REPORT REGARDING DISCOVERY** |

Pursuant to Local Criminal Rule 16.1.a, the United States hereby informs the Court of the status and timetables for the production of discovery.

**STATUS OF DISCOVERY**

**A. Discovery Produced by the United States**

On July 17, 2020, a Grand Jury in the Southern District of California returned an Indictment charging Otto Fernando Godoy-Cordon with International Conspiracy to Distribute Cocaine, in violation of Title 21, United States Code, Sections 959, 960, 963. ECF 1. Defendant was extradited from Guatemala to the United States on or about July 26, 2022, and made his initial appearance on July 27, 2022. ECF 7. Defendant was arraigned on the Indictment and entered a not guilty plea.

On August 1, 2022, the United States provided a discovery plan via email to defense counsel, and attached a line sheet stipulation and protective order to sign. The Protective Order and line sheet stipulation were required before discovery could be produced.

On August 15, 2022, the United States filed Motions for Reciprocal Discovery and for Leave to File Further Motions. ECF 15.

On August 31, 2022, counsel for Defendant returned to the United States a signed line sheet stipulation and protective order. The United States filed a Joint Motion for Protective Order on August 31, 2022. ECF 16. On the same day, Defendant filed a Motion to Compel Discovery. ECF 17.

On August 31, 2022, the Government provided the defense with a first round of discovery electronically via USAFx. This discovery includes reports from Homeland Security Investigations; Blackberry messenger line sheets; business records; WhatsApp messages; wiretap pleadings; and evidence obtained through official channels from Guatemala. The evidence from Guatemala in particular is entirely in Spanish, and includes reports, court filings and records, bank records, photographs, cellphone downloads and extraction reports; and video files. The August 31 production contains approximately: 3,880 pages of material, and 16 media files. The undersigned AUSA and prosecution team paralegal remain available to answer questions and address any technical issues. To date, there have been no discovery disputes among the parties.

**B. Timetable for Production**

The Government has provided Defendant's specific line sheets, but has not yet provided all of the line sheets for the entire investigation. The United States anticipates that these additional line sheets will be produced in the next 30 days.

Rule 16.1.a requires a timetable for production of categories including body-port-or remote cam video, car/vehicle inspection, and DEA drug reports. However, these items are not relevant to this case, and have not been collected as part of this investigation.

//
//

This matter is a complex Blackberry wiretap investigation, involving hundreds of pages of linesheets and original discovery from Guatemala in Spanish. Thus, the discovery is voluminous. The Government will continue to produce discovery materials as required by Federal Rule of Criminal Procedure 16 and other requirements, including statements by the defendants, criminal history reports, and documents and objects material to preparing the defense. The Government will comply with its continuing obligation to produce evidence and information pursuant to Rule 16, *Brady v. Maryland*, 383 U.S. 83 (1963), and *Giglio v. United States*, 405, U.S. 105 (1972). As the Government compiles additional discovery materials, they will continue to be provided on a rolling basis to the defense.

DATED: August 31, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

s/*Meghan E. Heesch*
MEGHAN E. HEESCH
Assistant U.S. Attorney