1  RANDY S. GROSSMAN
   United States Attorney
2  MEGHAN E. HEESCH
   Minnesota Bar No. 0395912
3  Assistant U.S. Attorney
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Tel.: (619) 546-9442
   Email: meghan.heesch@usdoj.gov
6
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 20-CR-2110-WQH |
|---|---|
| Plaintiff, | ) JOINT MOTION TO CONTINUE MOTION |
| | ) HEARING AND TRIAL SETTING AND |
| v. | ) EXCLUDE TIME UNDER THE SPEEDY |
| | ) TRIAL ACT |
| OTTO FERNANDO GODOY-CORDON, | ) Date: September 8, 2022 |
| | ) Time: 9:00 A.M. |
| Defendant. | ) |

The United States of America and defendant OTTO FERNANDO GODOY-CORDON, through counsel Meghan A. Blanco jointly move to continue the motion hearing and trial setting from September 8, 2022, at 9:00 a.m. to October 6, 2022, at 9:00 a.m.

a. The Indictment in this case was filed on July 17, 2020. GODOY-CORDON first appeared in this district on July 27, 2022. The Speedy Trial Act, 18 U.S.C. 3161(c)(1), requires trial to start within 70 non-excludable days from July 27, 2022.

b. Section 3161(h) excludes certain periods of time in calculating the 70 days. That includes delay resulting from a

1

continuance if the court finds "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. 3161(h)(7)(A). The court must "set[] forth … either orally or in writing, its reasons" for the finding. *Id.* The court "shall consider" the following factors, "among others":

> (i) Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.
>
> (ii) Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

18 U.S.C. 3161(h)(7)(B). "No continuance under [this provision] shall be granted because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." 18 U.S.C. 3161(h)(7)(C).

c. The parties move to continue the motion hearing and trial setting from September 8, 2022, at 9:00 a.m. to October 6, 2022, at 9:00 a.m. The ends of justice are served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, for the following reasons:

> (1) Defendant is charged in a long term wiretap investigation which originated in 2018. Defendant has received approximately 3800 pages of discovery and 15 media files on August 31, 2022, and approximately 22 additional reports on September 7, 2022  Defendant has received the

discovery for the larger investigation, which includes Blackberry messenger, wiretap pleadings, evidence from Guatemala, and reports. The discovery in this case extensive.

(2) More time is needed before filing appropriate motions and setting a trial date because of the amount of discovery so far, the nature of the allegations, and the need for the defense to investigate the offense and circumstances.

(3) The parties have exercised due diligence. For reasons above, failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice. It is unrealistic to expect adequate preparation for motions, pretrial proceedings, and trial within the usual time limits of 18 U.S.C. 3161 et seq.

(4) This is the first request for a continuance of the motion hearing and trial setting in this case.

(5) Defendant is in custody.

(6) The parties agree the period of delay excluded spans from the filing of this motion, 18 U.S.C. § 3161(h)(1)(D), until the new date for the motion hearing and trial setting.

DATED: September 7, 2022

                                        Respectfully submitted,

                                        RANDY S. GROSSMAN
                                        United States Attorney

                                        s/*Meghan E. Heesch*
                                        MEGHAN E. HEESCH
                                        Assistant U.S. Attorney


                                        s/*Meghan A. Blanco* (w/ auth.)
                                        MEGHAN A. BLANCO
                                        Counsel for Mr. Godoy-Cordon