SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: February 20, 2024

USPO ____
AUSA  x
DEF ____

| | |
|---|---|
| Defendant's Name: Otto Fernando Godoy-Cordon (1) | Docket No.: 20CR2110-WQH |
| Attorney's Name: Kyle B. Martin | Phone No.: 619-546-7726 |
| Guideline Manual Used: 2023 | Agree with USPO Calcs.: No |

| | |
|---|---|
| Base Offense Level(s): USSG § 2D1.1 - >450 kg cocaine | 38 |
| Specific Offense Characteristics: USSG §2D1.1(b)(18) - Safety Valve | -2 |

Adjusted Offense Level:
☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim.       36

Adjustment for Acceptance of Responsibility [☒ Government Motion - USSG §3E1.1(b)]   -3

Zero-Point Offender - USSG §4C1.1   -2

Total Offense Level:

Supervised Release Range (based on Total Offense Level):  2 to 5 years   31
Fine Range (based on Total Offense Level):  $30,000 to $300,000
Criminal History Score:   0
Criminal History Category:   I
☐ Career Offender   ☐ Armed Career Criminal

Guideline Range:                                                         from 108 mths
(Range limited by: ☐ minimum mand.  ☐ statutory maximum)                  to 135 mths

Departures:
  USSG 5K2.0 - Combination of Circumstances*                              -3

Resulting Guideline Range: Adjusted Offense Level: 28       from 78 mths
                                                             to 97 mths

RECOMMENDATION:   78 months' custody**; 3 years S/R

No fine; $100 special assessment
*The defendant expedited his conviction and sentencing and conserved government resources by waiving extradition hearings and waiving appeal.
**The Government does not believe that further variances under 18 U.S.C. 3553 are warranted.

03/2023